**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 30, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00886-CV

---

### IN RE PATRICIA ANN POTTS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-24678**

---

### MEMORANDUM OPINION

On September 25, 2012, relator Patricia Ann Potts filed a pro se petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52.  On October 5, 2012, notice was filed that pursuant to section 11.103 of the Texas Civil Practice and Remedies Code, Patricia Ann Potts has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012).

As of this date, relator has not shown that she obtained an order from the local administrative judge under section 11.102 permitting the filing of this original proceeding. *See* Tex. Civ. Prac. & Rem. Code § 11.103(b) (West Supp. 2012). Accordingly, the petition for writ of mandamus is ordered dismissed.


PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.